## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 202 MAL 2015
:
            Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
RONALD DOUGLAS JANDA, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.